IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DAVID W. STEBBINS,<br><br>Plaintiff/Relator,<br><br>v.<br><br>JEFFERSON CARDIOLOGY ASSOCIATION, P.C. d/b/a GREATER PITTSBURGH VASCULAR ASSOCIATES; GREATER PITTSBURGH SURGERY LLC d/b/a GREATER PITTSBURGH VASCULAR ASSOCIATES; GENNADY DESKIN, M.D.; MICHAEL MULOCK, M.D.; CHARLES BROWN, M.D.,<br><br>Defendants. | Civil Action No. 2:21-cv-01803-MRH<br><br>Hon. Mark. R. Hornak |

### **MOTION FOR ADMISSION *PRO HAC VICE* OF ELLIOT S. ROSENWALD**

Elliot S. Rosenwald, undersigned counsel for Defendants Jefferson Cardiology Association, P.C. d/b/a Greater Pittsburgh Vascular Associates ("JCA"); Greater Pittsburgh Surgery LLC d/b/a Greater Pittsburgh Vascular Associates ("GPS"); Gennady Geskin, M.D.; Michael Mulock, M.D.; and Charles Brown, M.D., hereby moves that he be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for the Defendants, pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2, and this Court's Standing Order Regarding *Pro Hac Vice* Admissions, dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Elliot S. Rosenwald filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: January 11, 2023

Respectfully submitted,

*/s/Elliot S. Rosenwald*
Elliot S. Rosenwald (D.C. Bar No. 1735839)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Telephone: (202) 942-5000
Fax: (202) 942-5999
Elliot.Rosenwald@arnoldporter.com

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

It is hereby certified that on this 11th day of January, 2023, the foregoing was electronically filed with the Clerk of the Court using the ECF system, which will provide notice electronically to all counsel of record.

Respectfully submitted,

*/s/ Elliot S. Rosenwald*
Elliot S. Rosenwald (D.C. Bar No. 1735839)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Telephone: (202) 942-5000
Fax: (202) 942-5999
Elliot.Rosenwald@arnoldporter.com

*Attorney for Defendants*