**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DAVID W. STEBBINS,<br><br>             Plaintiff/Relator,<br><br>     v.<br><br>JEFFERSON CARDIOLOGY ASSOCIATION, P.C. d/b/a GREATER PITTSBURGH VASCULAR ASSOCIATES; GREATER PITTSBURGH SURGERY LLC d/b/a GREATER PITTSBURGH VASCULAR ASSOCIATES; GENNADY DESKIN, M.D.; MICHAEL MULOCK, M.D.; CHARLES BROWN, M.D.,<br><br>             Defendants. | Civil Action No. 2:21-cv-01803-MRH<br><br>Hon. Mark. R. Hornak |

**AFFIDAVIT OF ELLIOT S. ROSENWALD IN SUPPORT OF**
**MOTION FOR ADMISSION *PRO HAC VICE***

I, Elliot S. Rosenwald, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendants Jefferson Cardiology Association, P.C. d/b/a Greater Pittsburgh Vascular Associates ("JCA"); Greater Pittsburgh Surgery LLC d/b/a Greater Pittsburgh Vascular Associates ("GPS"); Gennady Geskin, M.D.; Michael Mulock, M.D.; and Charles Brown, M.D., in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2, and this Court's Standing Order Regarding *Pro Hac Vice* Admissions, dated May 31, 2006 (Misc. No. 06-151).

I, Elliot S. Rosenwald, being duly sworn, do hereby depose and say as follows:

1.  I am an Associate of the law firm Arnold & Porter Kaye Scholer LLP.

2.  My business address is 601 Massachusetts Ave., NW, Washington, D.C., 20001.

3.  I am a member in good standing of the bar of the District of Columbia.

4.  My bar identification number is 1735839.

5.  A current certificate of good standing from the bar of the District of Columbia is attached to this Affidavit as Exhibit A.

6.  I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

7.  I attest that I have read, know, and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania

8.  Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: January 11, 2023

*/s/ Elliot S. Rosenwald*
Elliot Rosenwald