IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DAVID W. STEBBINS,<br><br>Plaintiff/Relator,<br><br>v.<br><br>JEFFERSON CARDIOLOGY ASSOCIATION, P.C. d/b/a GREATER PITTSBURGH VASCULAR ASSOCIATES; GREATER PITTSBURGH SURGERY LLC d/b/a GREATER PITTSBURGH VASCULAR ASSOCIATES; GENNADY DESKIN, M.D.; MICHAEL MULOCK, M.D.; CHARLES BROWN, M.D.,<br><br>Defendants. | Civil Action No. 2:21-cv-01803-MRH<br><br>Hon. Mark. R. Hornak |

**[PROPOSED] ORDER ON**
**MOTION FOR ADMISSION *PRO HAC VICE* OF ELLIOT S. ROSENWALD**

And Now, this _____ day of _____, 2023, upon consideration of the Motion for Admission *Pro Hac Vice* of Elliot S. Rosenwald, it is HEREBY ORDERED that the Motion is **GRANTED**.

_____
Mark R. Hornak
Chief United States District Judge